

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Corinna Ruiz, an individual<br><br>Plaintiff,<br><br>V.<br><br>Paradigmworks Group, Inc., a Delaware corporation; Does 1-100, inclusive<br><br>Defendant. | Civil Action No. 16-cv-2993-CAB-BGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

PGI's and Cornerstone's motions for summary judgment are Granted. The Clerk of Court shall enter Judgement for Defendants and against Plaintiff and Close this case. It is So Ordered.

Date: 2/22/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy